UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

RODNEY ROMMAN,

    Defendant.

CASE NO. CR04-549JLR

ORDER

    This matter comes before the court upon Defendant's Motion to Amend Judgment (Dkt. # 594). The court concludes that Defendant has failed to show that his urinary tract and kidney function conditions cannot be adequately treated at the Federal Detention Center at SeaTac. Therefore, Defendant's motion is DENIED.

    Dated this 30th day of January, 2005.

JAMES L. ROBART
United States District Judge

ORDER